1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Nicole Claire Boswell

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11 NICOLE CLAIRE BOSWELL,              ) Case No.: 2:14-cv-09405-SP
                                       )
12        Plaintiff,                   ) ORDER AWARDING EQUAL
                                       ) ACCESS TO JUSTICE ACT
      vs.                              ) ATTORNEY FEES AND EXPENSES
13                                     ) PURSUANT TO 28 U.S.C. § 2412(d)
   CAROLYN W. COLVIN, Acting           ) AND COSTS PURSUANT TO 28
14 Commissioner of Social Security,    ) U.S.C. § 1920
                                       )
15        Defendant                    )
                                       )
16 _____       )

17
       Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, Costs, and Expenses:
19
       IT IS ORDERED that fees and expenses in the amount of $4,014.10 as
20
   authorized by 28 U.S.C. § 2412, and no costs as authorized by 28 U.S.C. § 1920,
21
   be awarded subject to the terms of the Stipulation.
22
   DATE: April 25, 2016
23
                                    _____
24                                  THE HONORABLE SHERI PYM
                                    UNITED STATES MAGISTRATE JUDGE
25

26

-1-